■ INTERPETROL USA, INC., Appellant, v NORTHEAST PETROLEUM CORP., Respondent.—Judgment, Supreme Court, New

York County (Edward Lehner, J.), entered on May 18, 1989, unanimously affirmed for the reasons stated by Edward Lehner, J. Respondent shall recover of appellant $250 costs and disbursements of this appeal. Concur—Sullivan, J. P., Ross, Rosenberger, Kassal and Wallach, JJ.